UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Eastern District of Kentucky
FILED
SEP - 3 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**INDICTMENT NO.** 0:26.CR.41.DLB.CJS

**V.**

**DILLYN N. HUNT**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 2252(a)(2)**

On or about September 15, 2025, in Boyd County, in the Eastern District of Kentucky,

**DILLYN N. HUNT**

did knowingly distribute a visual depiction using any means and facility of interstate and foreign commerce, and that had been shipped and transported in interstate and foreign commerce, by any means, including by computer, the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct and such depiction being of such conduct, in violation of 18 U.S.C. § 2252(a)(2).

**COUNT 2**
**18 U.S.C. § 2252(a)(2)**

On or about May 10, 2026, in Boyd County, in the Eastern District of Kentucky,

**DILLYN N. HUNT**

did knowingly distribute a visual depiction using any means and facility of interstate and foreign commerce, and that had been shipped and transported in interstate and foreign commerce, by any means, including by computer, the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct and such depiction being of such conduct, in violation of 18 U.S.C. § 2252(a)(2).

**COUNT 3**
**18 U.S.C. § 2252(a)(4)(b)**

On or about May 13, 2026, in Boyd County, in the Eastern District of Kentucky,

**DILLYN N. HUNT**

knowingly possessed a matter containing visual depictions that had been transported in and affecting interstate and foreign commerce, and the production of said visual depictions involved the use of a minor, including a prepubescent minor or a minor under 12 years of age, engaging in sexually explicit conduct and the visual depictions were of such conduct, all in violation of 18 U.S.C. § 2252(a)(4)(B).

**FORFEITURE ALLEGATION**
**18 U.S.C. § 2253**

1. By virtue of the commission of the offenses alleged in the Indictment, **DILLYN N. HUNT** shall forfeit to the United States any and all interest that he has in any visual depiction, or matter containing such visual depiction, that was produced, transported, mailed, shipped, or received as part of the violations of 18 U.S.C. § 2252; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the violations of 18 U.S.C. § 2252; and any property, real or personal, used

or intending to be used in the commission or promotion of the violations of 18 U.S.C. § 2252 or traceable to such property. Any and all interest that **DILLYN N. HUNT** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 2253.

2. The property to be forfeited includes, but is not limited to, the following:

**ELECTRONIC EQUIPMENT:**

a. Apple iPhone with serial number XDGCYW39X0; and
b. Associated software and peripherals.

**A TRUE BILL**

[redacted]

**FOREPERSON**

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**GREGORY ROSENBERG**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1 & 2:** Not less than 5 years and not more than 20 years imprisonment, not more than $250,000 fine, and supervised release for not less than 5 years nor more than life.

**COUNT 3:** Not more than 20 years imprisonment, not more than a $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. §2259A, per count of no more than:

(1) $17,000.00 if convicted of 18 U.S.C. §2252(a)(4) or §2252A(a)(5);

(2) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by §2259(c)(3), which includes offenses under 18 U.S.C. §§2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b);

(3) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. §2259(c)(1), which includes offenses under 18 U.S.C. §2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256).

**PLUS:** Restitution, if applicable. Mandatory restitution under 18 U.S.C. § 2259 that, for any conviction of an offense described in paragraphs (E)(1) or (2), is not less than $3,000.00 per victim.